UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>     v.<br><br>GERMAN DE LA CRUZ,<br><br>                    Defendant. | CASE NO. CR18-5580 BHS<br><br>ORDER |

This matter is before the Court on Defendant German De La Cruz's Motion for Early Termination of Supervised Release. Dkt. 139. The United States Probation Office supports early termination of supervision.[1] The Government does not oppose early termination of supervision. Dkt. 140. It asserts that "it is apparent, based upon Mr. De La Cruz's post release conduct, that he currently does not pose a danger to the community." *Id.* at 1.

---

[1] Probation did not file anything on the docket but rather, in an email to chambers, stated that it supports early termination of De La Cruz's supervision. The Government acknowledges Probation's support in its non-opposition brief. Dkt. 140 at 1.

ORDER - 1

1   The Court finds that early termination of De La Cruz's supervised release is
2   appropriate. De La Cruz has complied completely with the terms of his release without a
3   single violation since supervision commenced over two years ago. The Court recognizes
4   that complete compliance with the conditions of supervised release for an extended
5   period demonstrates rehabilitation and that the possibility of early termination provides
6   incentive to defendants to do well on supervision. Here, De La Cruz's compliance as well
7   as the support from the Probation Office and the Government warrant early termination
8   of supervised release.

9   Accordingly, it is hereby **ORDERED** that the Motion for Early Termination of
10  Supervised Release, Dkt. 139, is **GRANTED**.

11  Dated this 1st day of November, 2023.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2